**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE PEREZ, | ) | No. 2:19-CV-10818-RGK-KS |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | **ORDER** |
| SYNCHRONY BANK, | ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

    Based on the parties' Joint Stipulation to Stay Case Pending Arbitration, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: APRIL 22, 2020            _____
                                                R. GARY KLAUSNER
                                                **UNITED STATES DISTRICT JUDGE**